UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| THOMAS J. RUSH, ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT** |
| v. ) | No. 7:15-CV-19-F |
| ) | |
| KENNETH RUST ENTERPRISES d/b/a ) | |
| MCDONALDS, DOUGLAS HUMPRIES, ) | |
| MICHELLE NOBLES-EVANS and ) | |
| ADAM LEWIS, ) | |
| Defendants. ) | |

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED**, pursuant to the Court's order entered 3/3/2015 [DE-8], that Plaintiff's claims against Defendants Humpries, Michelle Nobles-Evans, and Adam Lewis are DISMISSED. Additionally, any claim under the Equal Pay Act is DISMISSED. To the extent that Plaintiff moves to amend his complaint, such motion is ALLOWED, and the Amended Complaint [DE-7] is now the operative pleading in this action. Any Equal Pay Act Claim asserted in the Amended Complaint [DE-7] is DISMISSED

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED,** pursuant to the Court's order entered 11/10/2015 [DE-29], that Plaintiff's claim under the Equal Pay Act is DISMISSED. Plaintiff's Title VII claim is DISMISSED without prejudice to refile. To the extent Plaintiff has brought a claim under the ADEA, that claim is also DISMISSED without prejudice to refile.

**This Judgment Filed and Entered on November 10, 2015, and Copies To:**
Thomas J. Rush (via U.S. Mail to 414 Cain Road, St. Pauls, NC 28384)
Adam M. Bridgers (via CM/ECF electronic notification)
Mason G. Alexander (via CM/ECF electronic notification)

| | |
|---|---|
| DATE | JULIE RICHARDS JOHNSTON, CLERK |
| November 10, 2015 | /s/ Jacqueline B. Grady |
| | (By) Jacqueline B. Grady, Deputy Clerk |